CINCINNATI BAR ASSOCIATION *v.* BORTZ.

[Cite as *Cincinnati Bar Assn. v. Bortz* (1996), 74 Ohio St.3d 207.]

(No. 95–1669—Submitted September 27, 1995—Decided January 10, 1996.)

*Richard J. Ruebel, Hollis A. Moore III* and *Edwin W. Patterson III,* for relator.

*Helmer, Lugbill, Martins & Neff Co., L.P.A.,* and *James B. Helmer, Jr.,* for respondent.

*Per Curiam.* Upon review of the record, we concur in the board's finding of misconduct and its recommendation. Respondent is therefore publicly reprimanded for his violation of DR 5–101(A). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.

WRIGHT, J., dissenting. Regrettably, I must respectfully dissent. I recognize the mitigating factors in this case; nevertheless, I believe this court should be

consistent in its treatment of this type of case. Accordingly, I would suspend Bortz for one year and stay six months of the suspension.